IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-1824-L** |
| | § | |
| **JASON L. BURNS and KYLE MCAFEE**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court are Defendants' Motion to Set Aside Default and Defendants' Motion to Quash Service, filed December 3, 2012; and Plaintiff's Motion for Default Judgment, filed December 6, 2012. On August 5, 2013, the Honorable United States Magistrate Judge Irma Carrillo Ramirez issued her Findings, Conclusions, and Recommendation (the "Report"). She recommends that the motions to set aside default and quash service should be granted and that the motion for default judgment should be denied. Plaintiff filed no objections to the Report.

After an independent review of the findings and conclusions set forth in the Report, the court determines that they are correct and accepts them as those of the court. Accordingly, the court **grants** Defendants' Motion to Set Aside Default and Quash Service, and **denies** Plaintiff's Motion for Default Judgment. The default entered by the clerk on November 29, 2012, is hereby **set aside.**

**It is so ordered** this 23rd day of August, 2013.

Sam A. Lindsay
United States District Judge

Order - Solo Page