IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CRAIG CUNNINGHAM,** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:12-CV-1824-L** |
| § | |
| **JASON L. BURNS and KYLE MCAFEE,** § | |
| § | |
| Defendants. § | |

## JUDGMENT

This judgment is issued pursuant to the court's Order, filed September 22, 2014. It is therefore **ordered**, **adjudged**, and **decreed** that Plaintiff Craig Cunningham's claims are **dismissed with prejudice**; that all relief requested by Plaintiff is **denied**; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is **denied**. It is further **ordered** that the clerk of this court shall transmit to Plaintiff a copy of this judgment and a copy of the Order dated September 22, 2014, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**Signed** this 22nd day of September, 2014.

_____
Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**